UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        )<br>     v.           )    CRIMINAL NO. 19-10345-DPW<br>        )<br>DANA PULLMAN        )<br>ANNE LYNCH         ) | |

**<u>OBJECTION TO THE COURT'S JURY DELIBERATION PROCEDURES</u>**

On consideration of the Court's allowing the jury to discuss the case in advance of the defendant's objection to the charge and the jury's "formal deliberation," the Defendant, Dana Pullman, respectfully submits this objection. The written jury instructions have not been given to the jury. The Defendants have not been given an opportunity to lodge their objections to those instructions before the jury has retired to deliberate. Federal Rule of Criminal Procedure 30(d) states:

> A party who objects to any portion of the instructions or to a failure to give a requested instruction must inform the court of the specific objection and the grounds for the objection before the jury retires to deliberate. An opportunity must be given to object out of the jury's hearing and, on request, out of the jury's presence. Failure to object in accordance with this rule precludes appellate review, except as permitted under Rule 52(b).

At sidebar, counsel raised this concern and their objection to the process the Court has elected to pursue.

The First Circuit has clearly held that a jury may not talk about a case before "formal deliberations" begin. *United States v. Jadlowe*, 628 F.3d 1, 18 (1st Cir. 2010) ("while jury discussion that does not involve expressions of ultimate opinions may be found harmless in retrospect, it is a different question whether district courts may give the jury permission at the outset of the trial to talk about the case before formal deliberations begin. We now hold expressly that they may not.").

Mr. Pullman requests that the jury be brought back into the courtroom, discharged for the day with instructions to not discuss the case further, and ordered to return Monday morning.

Respectfully Submitted,

DANA PULLMAN
By his attorneys,

*/s/ Brendan Kelley*
Brendan Kelley
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Brendan Kelley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 28, 2022.

*/s/ Brendan Kelley*
Brendan Kelley