

# The Commonwealth of Massachusetts
## House of Representatives
### State House, Boston 02133-1054

April 10, 2023

The Honorable Douglas Preston Woodlock
U.S. District of Massachusetts
John Joseph Moakley Building
One Courthouse Way
Boston, MA 02110

Dear Honorable Woodlock,

This letter is written to show my support and endorsement for Trooper Dana Pullman.

I have known Dana for many years and have found him to be a very respectful, humble, and courteous individual who has always had a very strong work ethic, which showed in his daily interactions with his fellow workers and the public. In any of my encounters with Dana, I found him to have a strong sense of responsibility, therefore, always executing his duties with professionalism. His bond with his family is strong, which showed through to me each time he would speak of them.

Therefore, it is without reservation that I vouch for his integrity and ask for your consideration.

Sincerely,

PAUL J. DONATO
Second Division Floor Leader

US POSTAGE PITNEY BOWES
ZIP 02108 $ 000.60
02 4W
0000371514 APR 10 2022

USMS SCREENED

The Commonwealth of Massachusetts
House of Representatives
State House, Boston 02133-1020

PAUL J. DONATO
STATE REPRESENTATIVE
35TH MIDDLESEX DISTRICT

The Honorable Douglas Preston Woodlock
U.S. District of Massachusetts
John Joseph Moakley Bldg.
One Courthouse Way
Boston, MA
02210